Shamim **AHMED**, Plaintiff–Appellant,

v.

**John H. SCHNATTER; Ed Winkler; Mark Hamond; Papa John's USA, Incorporated, Defendant–Appellees.**

No. 01–1238.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Shamim Ahmed, pro se.

Peter David Guattery, Whiteford, Taylor & Preston, Baltimore, MD, for appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Appellant Shamim Ahmed appeals the district court's order granting summary judgment in favor of the Appellees on his claims of employment discrimination on the basis of race and national origin. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the district court's reasoning that Ahmed failed to timely file a charge of discrimination. *See Ahmed v. Schnatter,* No. CA–00–2160–S (D.Md. Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*